**No. 39427.**—Protest 928893–G of Frank P. Dow Co., Inc. (Seattle).

Opinion by KEEFE, J. On the record presented the supplemental duty was held illegally collected and the protest was sustained.